# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### CASE NO.: 1:24-cv-00353-AT

GAREY C. GOMEZ,

    Plaintiff,

v.

LIAM HOMES HOLDINGS, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff GAREY C. GOMEZ, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until February 28, 2025 in which to file a Joint Stipulation of Dismissal.

Dated: January 30, 2025

Respectfully submitted,

*/s/Evan A. Andersen*
EVAN A. ANDERSEN
GA Bar Number: 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA -30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Garey C. Gomez*

## CERTIFICATE OF COMPLIANCE

The undersigned does hereby certify that this document was prepared in Times New Roman font, 14-Point, in compliance with Local Rule 5.1.C.

                              */s/ Evan A. Andersen*
                              EVAN A. ANDERSEN

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 30, 2025, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN

## SERVICE LIST

Thomas Charles Lundin , Jr.
FisherBroyles LLP
3440 Peachtree Rd. NE
Suite 1800
Atlanta, GA 30326
Phone: 678-778-8857
Email: tom.lundin@fisherbroyles.com

*Counsel for Defendant Liam Homes Holdings, LLC*